105 A.3d 514

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner,

v.

William Harry KARGER, Respondent.

Misc. Docket AG No. 31, Sept. Term, 2014.

Court of Appeals of Maryland.

Dec. 22, 2014.

*ORDER*

The Court of Appeals of Maryland, having considered the Joint Petition For Reprimand By Consent of the Attorney Grievance Commission of Maryland and Respondent William H. Karger, Esq., in which Petitioner and Respondent agreed that Respondent violated Rules 1.4, 5.5 and 8.4(a) and (d) of the Maryland Lawyers' Rules of Professional Conduct, it is this 22nd day of December, 2014;

**ORDERED,** that Respondent be, and hereby is, reprimanded.